UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOEWE, S.A.,

                       Plaintiff,

        -v-

AURORANOOK, BAIMEIFAFA,
BEAUTIFUL YOUNG SOLDIER,
CTUER, DANJIEDEDONGXINDIAN,
DANRANTRADING CO., LTD,
ECHOMARKET, EXTREE US,
FFENYUANN,
GUANGZHOUSHISHIGUYANMAOYI
YOUXIANGONGSI, HONG FASHION,
IN FOR, JIUFENG US, LALAYI,
LIEXIBIEHUO, MAIQING,
MISSAIDWEH, NETWORK PARTNER,
ORIENTAL AESTHETIC LIFE
MUSEUM, PTSMWAN, SUPER
DISCOUNT INC, TIANHU FASHION
BOUTIQUE, WELL PREFERRED
SHOP 1,
XINYANGXINHUALIANDIANZIYOU
XIANGONGSI, YIEN TRADING CO.,
LTD, YUCHANGMAOYISTORE,
ZENGWU LAI, ZEYEXIAODIAN,
ZHAOQIANLONG STORE, ZJHM and
ZMQJFV STORE,

                       Defendants.

25-CV-8776 (JPO)

ORDER FILED UNDER SEAL

J. PAUL OETKEN, District Judge:

Before this Court is Plaintiff's *ex parte* letter requesting modification of the briefing schedule and extension of the temporary restraining order issued in this case on October 27, 2025. Plaintiff's request is GRANTED. Defendants' deadline to file opposing papers, if any, is extended to November 17, 2025. Plaintiff's deadline to file reply papers, if any, is extended to November 19, 2025. The Show Cause Hearing is rescheduled to November 24 at 3:00 p.m. Counsel shall dial 855-244-8681 and use code 2312 828 7066 at that time.

1

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, the Court further GRANTS Plaintiff's request to extend the TRO to November 24, 2025, as Plaintiff has shown good cause.

SO ORDERED.

Dated: October 31, 2025
New York, New York

_____
J. PAUL OETKEN
United States District Judge